958 A.2d 1039

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Harry M. SHAFFER, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 14, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 14th day of October, 2008, the Petition for Allowance of Appeal is **GRANTED, IN PART,** limited to the following issue:

Whether Petitioner's conviction for possession of a firearm by a convicted felon, 18 Pa.C.S. § 6105(a)(1), and carrying a concealed firearm without a license, 18 Pa.C.S. § 6106(a)(1), should merge for sentencing purposes?

The Petition is denied with respect to all other issues raised therein.

This case is to be consolidated for oral argument with *Commonwealth v. Baldwin,* 44 EAP 2008.

Justice McCAFFERY did not participate in the consideration or decision of this matter.